O
JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| MONICA BARNETT,<br><br>                 Plaintiff,<br><br>      v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>                 Defendant. | Case No. 2:20-cv-04896-ODW (JEMx)<br><br>**FINAL JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion for Summary Judgment, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Defendant shall have **JUDGMENT** in its favor;
2. Plaintiff shall receive nothing; and
3. The Clerk of the Court shall close the case.

   **IT IS SO ORDERED.**

May 9, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**